# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANITA STEWART,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV193

WAL-MART STORES EAST, L. P.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2011 Order.

                                        Signed: November 23, 2011

                                        */s/ Frank G. Johns*

                                        Frank G. Johns, Clerk
                                        United States District Court