# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANITA STEWART,

    Plaintiff(s),

vs.

WAL-MART STORES EAST, L. P.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:10CV193

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2011 Order.

Signed: November 23, 2011

Frank G. Johns, Clerk
United States District Court